**FILED**

01/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0382

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0382

STATE OF MONTANA,

        Plaintiff and Appellee,

   vs.

QUINCY SMITH,

        Defendant and Appellant.

ORDER GRANTING EXTENSION OF TIME TO FILE OPENING BRIEF

Pursuant to authority granted under Mont. R. App. P. 26(2), the Appellant is given an extension of time until February 19, 2020, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
January 20 2021